```
 1  Keith Zakarin SBN 126528
    Edward M. Cramp SBN 212490
 2  Brian D. Murphy  SBN 233582
    DUANE MORRIS LLP
 3  101 West Broadway, Suite 900
    San Diego, CA 92101
 4  Telephone: 619.744.2200
    Facsimile: 619.744.2201
 5  E-Mail:   kzakarin@duanemorris.com
              emcramp@duanemorris.com
 6            bdmurphy@duanemorris.com

 7  Attorneys for Defendants
    Golden State Business College, Stenoscribe, Academy of
 8  Court Reporting, Amarillo College of Hairdressing, and
    Gary Yasuda
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F.M. BARLOW, an individual, | Case No.: CV-F-03-6611 LJO SMS |
| Plaintiff, | **STIPULATION REGARDING SERVICE OF PROCESS AND DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |
| v. | |
| GOLDEN STATE BUSINESS COLLEGE, INC., a California corporation doing business in its own name and as TRINITY COLLEGE in the state of California and NEVADA CAREER ACADEMY in the state of Nevada; STENOSCRIBE, INC., a California corporation; ACADEMY OF COURT REPORTING, a California corporation doing business in its own name and as ACADEMY OF PROFESSIONAL CAREERS in the States of Idaho and California; AMARILLO COLLEGE OF HAIRDRESSING, INC., a Texas corporation; GARY YASUDA, individually, and DOES 1 through 30, inclusive, | |
| Defendants. | |

   Plaintiff BRIAN F. M. BARLOW (hereinafter referred to as "Plaintiff") and Defendants

GOLDEN STATE BUSINESS COLLEGE, INC., TRINITY COLLEGE, NEVADA CAREER

ACADEMY, STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, ACADEMY OF

PROFESSIONAL CAREERS, AMARILLO COLLEGE OF HAIRDRESSING, INC., and GARY YASUDA (hereinafter referred to as "Defendants") by and through their respective attorneys of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS Counsel for both sides have agreed to meet and confer in a good faith manner to discuss a possible narrowing of these issues in order to avoid undue expense to their respective clients, Counsel for Defendants shall have through and including Wednesday, February 20, 2008 in which to file and serve a response on behalf of Defendants, and each of them, in the above-named action.

Dated: February 6, 2008            **DUANE MORRIS LLP**

                          By:      /s/ Brian D. Murphy
                                   Keith Zakarin
                                   Edward M. Cramp
                                   Brian D. Murphy
                                   Attorneys for Defendants
                                   Golden State Business College, Stenoscribe,
                                   Academy of Court Reporting, Amarillo College of
                                   Hairdressing, and Gary Yasuda

Dated: February 6, 2008            **SUTTON HATMAKER LAW CORP.**

                          By:      /s/ Jared Hague
                                   S. Brett Sutton
                                   Jared Hague
                                   Attorney for Plaintiff
                                   Brian F.M. Barlow

# ORDER

Having read and considered the stipulation of parties submitted herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants GOLDEN STATE BUSINESS COLLEGE, INC., TRINITY COLLEGE, NEVADA CAREER ACADEMY, STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, ACADEMY OF PROFESSIONAL CAREERS, AMARILLO COLLEGE OF HAIRDRESSING, INC., and GARY YASUDA shall be permitted to file and serve their response to the First Amended Complaint on or before February 20, 2008.

IT IS SO ORDERED.

Dated:  **February 13, 2008**          /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE