Keith Zakarin SBN 126528
Edward M. Cramp SBN 212490
Brian D. Murphy SBN 233582
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:  kzakarin@duanemorris.com
         emcramp@duanemorris.com
         bdmurphy@duanemorris.com

Attorneys for Defendants
GOLDEN STATE BUSINESS COLLEGE,
STENOSCRIBE, INC., ACADEMY OF
COURT REPORTING, AMARILLO
COLLEGE OF HAIRDRESSING, AND GARY
YASUDA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F.M. BARLOW, an individual, | Case No.: CV-F-03-6611 LJO SMS |
| Plaintiff, | **STIPULATION REGARDING REQUEST FOR AMENDMENT TO SCHEDULING ORDER AND ORDER** |
| v. | |
| GOLDEN STATE BUSINESS COLLEGE, INC., a California corporation doing business in its own name and as TRINITY COLLEGE in the state of California and NEVADA CAREER ACADEMY in the state of Nevada; STENOSCRIBE, INC., a California corporation; ACADEMY OF COURT REPORTING, a California corporation doing business in its own name and as ACADEMY OF PROFESSIONAL CAREERS in the States of Idaho and California; AMARILLO COLLEGE OF HAIRDRESSING, INC., a Texas corporation; GARY YASUDA, individually, and DOES 1 through 30, inclusive, | |
| Defendants. | |

Plaintiff BRIAN F. M. BARLOW (hereinafter referred to as "Plaintiff") and Defendants GOLDEN STATE BUSINESS COLLEGE, INC., STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, AMARILLO COLLEGE OF HAIRDRESSING, INC., and GARY YASUDA (hereinafter referred to as "Defendants") by and through their respective attorneys of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS Counsel for both sides have met and conferred good faith and discussed the initial disclosures due on April 25, 2008 pursuant to Federal Rule of Civil Procedure 26.  Plaintiff and Defendants hereby respectfully request that the Court modify its scheduling order to permit the parties to serve their initial disclosures on or before May 9, 2008.

Dated: April 25, 2008           **DUANE MORRIS LLP**

By:     /s/ Brian D. Murphy_____
        Keith Zakarin
        Edward M. Cramp
        Brian D. Murphy
        Attorneys for Defendants
        GOLDEN STATE BUSINESS
        COLLEGE, STENOSCRIBE,
        ACADEMY OF COURT
        REPORTING, AMARILLO
        COLLEGE OF HAIRDRESSING,
        AND GARY YASUDA

Dated: April 25, 2008           **SUTTON HATMAKER LAW CORP.**

By:     /s/ S. Brett Sutton_____
        S. Brett Sutton
        Jared Hague
        Attorney for Plaintiff
        BRIAN F.M. BARLOW

# **ORDER**

Having read and considered the stipulation of parties submitted herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff BRIAN F.M. BARLOW and Defendants GOLDEN STATE BUSINESS COLLEGE, INC., STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, AMARILLO COLLEGE OF HAIRDRESSING, INC., and GARY YASUDA shall be permitted to serve their initial disclosures on or before May 9, 2008.

IT IS SO ORDERED.


Dated: April 25, 2008                    By: _/s/ Lawrence J. O'Neill___
                                         Hon. Lawrence J. O'Neill
                                         United States District Judge