IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. M. BARLOW,<br><br>                    Plaintiff,<br><br>vs.<br><br>GOLDEN STATE BUSINESS COLLEGE,<br>INC., et. al,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 03-6611 LJO SMS<br><br>**ORDER ON REQUEST TO AMEND THE SCHEDULING ORDER** |

The Court has received and reviewed the parties' Stipulation Regarding Request for Amendment to Scheduling Order (Doc. 97) requesting that the Court stay the proceedings while the parties explore mediation. The Court DENIES the request. The Court finds that this case is over five years old, any stay will impact the trial date and that any potential mediation does not conflict with the Scheduling Order. A stipulation does not establish good cause.

**IT IS SO ORDERED.**

**Dated:    May 27, 2008**                              /s/ Lawrence J. O'Neill
                                                          **UNITED STATES DISTRICT JUDGE**