Keith Zakarin SBN 126528
Edward M. Cramp SBN 212490
Brian D. Murphy SBN 233582
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:  kzakarin@duanemorris.com
         emcramp@duanemorris.com
         bdmurphy@duanemorris.com

Attorneys for Defendants
GOLDEN STATE BUSINESS COLLEGE, STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, AMARILLO COLLEGE OF HAIRDRESSING, AND GARY YASUDA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F.M. BARLOW, an individual, | Case No.: 1:03-cv-06611 LJO SMS |
| Plaintiff, | **STIPULATION REGARDING REQUEST FOR AMENDMENT TO SCHEDULING ORDER AND ORDER** |
| v. | |
| GOLDEN STATE BUSINESS COLLEGE, INC., a California corporation doing business in its own name and as TRINITY COLLEGE in the state of California and NEVADA CAREER ACADEMY in the state of Nevada; STENOSCRIBE, INC., a California corporation; ACADEMY OF COURT REPORTING, a California corporation doing business in its own name and as ACADEMY OF PROFESSIONAL CAREERS in the States of Idaho and California; AMARILLO COLLEGE OF HAIRDRESSING, INC., a Texas corporation; GARY YASUDA, individually, and DOES 1 through 30, inclusive, | |
| Defendants. | |

---

STIPULATION RE REQUEST FOR AMENDMENT TO SCHEDULING ORDER
Case No. CV-F-03-6611 LJO SMS

PDF created with pdfFactory trial version www.pdffactory.com

1　　　　Plaintiff BRIAN F. M. BARLOW (hereinafter referred to as "Plaintiff") and
2  Defendants GOLDEN STATE BUSINESS COLLEGE, INC., STENOSCRIBE,
3  INC., ACADEMY OF COURT REPORTING, AMARILLO COLLEGE OF
4  HAIRDRESSING, INC., and GARY YASUDA (hereinafter referred to as
5  "Defendants") by and through their respective attorneys of record, hereby stipulate
6  and agree as follows:

## RECITALS

8　　　　WHEREAS Counsel for both sides have met and conferred good faith and
9  discussed the initial disclosures due on May 9, 2008 pursuant to Federal Rule of
10  Civil Procedure 26.  Plaintiff and Defendants hereby respectfully request that the
11  Court modify its scheduling order to permit the parties to serve their initial
12  disclosures on or before May 23, 2008.
13  WHEREAS the reason the parties request this short extension of time and
14  amendment to the scheduling order is for a proper purpose.  Plaintiff recently

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25
26  ///
27  ///
28

proposed early mediation of this matter. Defendants' counsel are in the process of submitting Plaintiff's proposal to the proper parties for consideration.

Dated: May 9, 2008                **DUANE MORRIS LLP**

                        By:    /s/ Brian D. Murphy_____
                               Keith Zakarin
                               Edward M. Cramp
                               Brian D. Murphy
                               Attorneys for Defendants
                               GOLDEN STATE BUSINESS
                               COLLEGE, STENOSCRIBE,
                               ACADEMY OF COURT
                               REPORTING, AMARILLO
                               COLLEGE OF HAIRDRESSING,
                               AND GARY YASUDA

Dated: May 9, 2008                **SUTTON HATMAKER LAW CORP.**

                        By:    /s/ Jared Hague_____
                               S. Brett Sutton
                               Jared Hague
                               Attorney for Plaintiff
                               BRIAN F.M. BARLOW

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having read and considered the stipulation of parties submitted herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff BRIAN F.M. BARLOW and Defendants GOLDEN STATE BUSINESS COLLEGE, INC., STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, AMARILLO COLLEGE OF HAIRDRESSING, INC., and GARY YASUDA shall be permitted to serve their initial disclosures on or before May 23, 2008.

IT IS SO ORDERED.

Dated:  5/23/2008             By:     /s/ Sandra M. Snyder
                                     Hon. Sandra M. Snyder
                                     United States Magistrate Judge