**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN F. M. BARLOW, | CASE NO. CV F 03-6611 LJO SMS |
| Plaintiff, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| GOLDEN STATE BUSINESS COLLEGE, INC., et. al, | |
| Defendants. / | |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than November 12, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the February 3, 2009 pre-trial conference and the March 16, 2009 jury trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

**IT IS SO ORDERED.**

**Dated:   October 28, 2008**                    /s/ Lawrence J. O'Neill
                                                                  **UNITED STATES DISTRICT JUDGE**

1