S. BRETT SUTTON 143107
SUSAN K. HATMAKER 172543
JARED HAGUE 251517
6715 North Palm Avenue, Suite 214
**SUTTON HATMAKER LAW CORPORATION**
Fresno, California 93704
Telephone: (559) 449-1888
Facsimile: (559) 449-0177
Email: brett@suttonhatmaker.com
       susan@suttonhatmaker.com
       jared@suttonhatmaker.com

Attorney for:    Plaintiff Brian F. M. Barlow

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. M. BARLOW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE BUSINESS COLLEGE, INC., a California corporation doing business in its own name and as TRINITY COLLEGE in the state of California and NEVADA CAREER ACADEMY in the state of Nevada; STENOSCRIBE, INC., a California corporation; ACADEMY OF COURT REPORTING, a California corporation doing business in its own name and as ACADEMY OF PROFESSIONAL CAREERS in the States of Idaho and California; AMARILLO COLLEGE OF HAIRDRESSING, INC., a Texas corporation; GARY YASUDA, individually, and DOES 1 through 30, inclusive.<br><br>Defendants. | Case No. CV-F-03-6611 LJO SMS<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Sutton Hatmaker
Law Corporation
6715 N. Palm Avenue,
Suite 214
Fresno, CA 93704

1
STIPUALTION AND [PROPOSED] ORDER FOR DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff BRIAN F.M. BARLOW and
2  Defendants GOLDEN STATE BUSINESS COLLEGE, INC., TRINITY COLLEGE,
3  NEVADA CAREER ACADEMY, STENOSCRIBE, INC., ACADEMY OF COURT
4  REPORTING, ACADEMY OF PROFESSIONAL CAREERS, AMARILLO COLLEGE OF
5  HAIRDRESSING, and GARY YASUDA, by and through their attorneys of record, hereby
6  stipulate to the dismissal with prejudice of the instant action.

Dated: November 12, 2008                    **SUTTON HATMAKER LAW CORP.**

By: /s/ S. Brett Sutton
    S. Brett Sutton
    Jared Hague
    Susan K. Hatmaker
    Attorneys for Plaintiff
    BRIAN F.M. BARLOW

Dated: November 12, 2008                    **DUANE MORRIS LLP**

By: /s/ Edward M. Cramp
    Edward M. Cramp
    Brian D. Murphy
    Attorneys for Defendants
    GOLDEN STATE BUSINESS
    COLLEGE, INC. et al.

**ORDER**

Having read and considered the stipulation of the Parties submitted herewith, IT IS HEREBY ORDERED that Plaintiff BRIAN F.M. BARLOW's Complaint against Defendants GOLDEN STATE BUSINESS COLLEGE, INC., TRINITY COLLEGE, NEVADA CAREER ACADEMY, STENOSCRIBE, INC., ACADEMY OF COURT REPORTING, ACADEMY OF PROFESSIONAL CAREERS, AMARILLO COLLEGE OF HAIRDRESSING, and GARY YASUDA is dismissed with prejudice.

IT IS SO ORDERED.

The clerk is directed to close this action.

Dated: November 13, 2008

By: /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill
United States District Court Judge